# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMSTYLE REMODELING OF CALIFORNIA, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>RENEWAL BY ANDERSEN, LLC; RENEWAL BY ANDERSEN CORPORATION; AND ANDERSEN CORPORATION,<br><br>Defendants. | CASE NO. 3:19-cv-01324-L-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion to Dismiss Without Prejudice (doc. no. 23) is granted. This action is dismissed without prejudice and without the award of costs, fees, or any other amount to any party.

**IT IS SO ORDERED.**
Dated: October 23, 2020

_____
Hon. M. James Lorenz
United States District Judge